Case 1:25-mj-00124-MJS   Document 1-1

Case: 1:25-mj-00124
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 7/24/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On July 16, 2025, at approximately 3:17 p.m., members of the Metropolitan Police Department's ("MPD") Sixth District Crime Suppression Team were patrolling the 100 block of 42nd Street Northeast in Washington, DC. While on active patrol, your affiant and Officer Johnson observed an individual that your affiant recognized as Rarkease BISHOP (                    ). Officer Johnson observed that as BISHOP walked by the marked police cruiser, he continuously looked back at law enforcement.

Shortly thereafter, Officer Schemmel and Officer Moore observed a White Nissan Maxima with a Maryland Registration (2GB7398) (the "Nissan") with no front license plate around 100 42nd Street Northeast, Washington, DC. Officer Moore, who had multiple previous interactions with BISHOP, observed that BISHOP was seated in the driver seat of the Nissan. No other individuals were inside of the car.

When BISHOP observed the unmarked police cruiser that Officer Moore and Officer Schemmel were driving, BISHOP drove over a curb and began to drive away from their vehicle. Your affiant and Officer Johnson then observed the Nissan traveling at a high rate of speed southbound on the 100 block of 42nd Street Northeast, Washington, DC, with its trunk open. Your affiant and Officer Johnson attempted to conduct a traffic stop of the Nissan by activating their vehicle's emergency equipment, but the Nissan proceeded to flee away.

Based on your affiant's knowledge of BISHOP, your affiant advised members of the Crime Suppression team to canvas for the Nissan around the 5000 block of Bass Place Southeast, Washington, DC. While canvassing, Officer Webber advised that he observed a vehicle matching the look of the Nissan with the trunk opened, turning southbound onto 50th Street Southeast, Washington, DC. Officer Schemmel and Officer Moore then observed the Nissan on the 200 Block of 51st Street Southeast, Washington, DC. Officer Schemmel and Officer Moore then observed BISHOP exit the Nissan from the driver door and run away from the location on foot. Officer Schemmel and Officer Moore observed that Bishop was clutching at the right side of his waistband area.

Your affiant and Officer Johnson then observed BISHOP running on the 5000 block of C Street Southeast, Washington, DC. Your affiant and Officer Johnson exited their police cruiser and pursued BISHOP on foot to detain him for fleeing during the traffic encounter. While in pursuit of BISHOP, your affiant and Officer Johnson observed BISHOP clutching and digging at the right side of his waistband area. After a brief foot pursuit, your affiant and Officer Johnson detained BISHOP in the rear of 5044 C Street Southeast, Washington, DC, and BISHOP was placed under arrest for fleeing.

While BISHOP was being placed into custody, Officer Moore felt what he immediately recognized as a firearm inside of BISHOP's right pant leg. Officer Moore then removed the item from BISHOP's right pant leg, which was a firearm.

The recovered firearm was a black Glock Model 23, .40 caliber, pistol, with the serial number BHUR903. The firearm was loaded with one round in the chamber and thirteen rounds in a seventeen-round capacity magazine.



*Figure 1: Recovered Firearm*

Law enforcement also determined that the Nissan was stolen out of Laurel, Maryland, on June 25, 2025. After confirming the vehicle was stolen, officers conducted a search of the car and located mail matter on the passenger floorboard containing BISHOP's name.

BISHOP was previously convicted of a crime punishable by more than one year imprisonment. Specifically, in D.C. Superior Court Case No. 2024 CF2 001863, BISHOP was convicted of Carrying a Pistol Without a License and sentenced to 10 months' incarceration and three years of supervised release. Thus, BISHOP was aware at the time of this offense that he had been convicted of an offense punishable by a term of imprisonment greater than a year.

No firearms or ammunition are manufactured within the District of Columbia and therefore the recovered firearm and ammunition traveled in and affected interstate commerce.

Respectfully Submitted,

Eddy Suarez
Officer, Badge #12445
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 24, 2025.

HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE